# Exhibit 2

Our ref: PT/AK/000338-0001

21 October 2020

**PRIVATE & CONFIDENTIAL**
Grosvenor Law
27 Grosvenor Street
Mayfair
London
W1K 4QP

*F.A.O Mr Dan Morrison*

**BY EMAIL:**
Dan.morrison@grosvenorlaw.com

Dear Sirs,

**Our Clients:   Ghanem Nuseibeh & Cornerstone Global Associates**

We have been consulted by our above-named clients in relation to a number of incidents culminating in the recovery of a recording device which had been surreptitiously placed outside their office door at 21 Arlington Street, London.

We have been informed by DS Linden of the Counter Terrorism Unit of the Metropolitan Police that you have been in contact with him confirming that you represent Diligence International, and that your clients have admitted that they have had our clients under surveillance for some time and that they have accepted responsibility for the placing of the aforesaid recording device.  Please confirm that this information is correct.

Needless to say, Mr Nuseibeh is gravely concerned and distressed regarding the activities of Diligence International. It appears that there have been serious breaches of his privacy and data rights and a course of conduct amounting to harassment.

Please provide a clear and unequivocal undertaking from your client that the surveillance of our clients has been terminated and that it will not be resumed in the future.  Please also confirm the identity of the third party who retained your client's services in this matter.  Our clients firmly believe this is directly related to our clients' risk analysis regarding the FIFA World Cup 2022.

We await hearing from you as a matter of some urgency.  In the meantime, all our clients' rights are fully reserved.

Yours faithfully,

**Gateley Tweed**

*Please reply by email to: paul.tweed@gateleytweed.com*

21 Arlington Street,     London,      SW1A 1RN
+44 (0)20 7495 4131            gateleytweed.com

Gateley Tweed is the business name of Gateley Tweed LLP, a limited liability partnership registered in Northern Ireland with registered number NC000568 and its registered office at Pearl Assurance House 1st Floor, 1-3 Donegall Square East, Belfast, Northern Ireland, BT1 5HB.   It is regulated by the Law Society of Northern Ireland and it is authorised and regulated by the Solicitors Regulation Authority (SRA ID 545975).