# Exhibit 3



Republic and Canton of Geneva
**JUDICIARY POWER**
Civil Tribunal

Geneva, date of post stamp

RECEIVED ON 10 FEB. 2021

C/22150/2020 14 GEA C

Tribunal de première instance
[Court of First Instance]
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVA 3

1211 GENEVE 3
R  98.41.900053.51829290

DILIGENCE GLOBAL BUSINESS
INTELLIGENCE SA
c/o Ms GIROUD Sandrine, Barrister
Lalive SA
Rue de la Mairie 35
1211 Geneva 6

Ref : **C/22150/2020** 14 GEA C
Quote this reference in all communications

## SUMMONS TO APPEAR

In the above-mentioned cause, the Tribunal summons you to appear at the conciliation hearing to be held on:

Date: **THURSDAY 3 JUNE 2021 at 02:25 p.m.**

Place: **Rue des Glacis-de-Rive 6
1207 Geneva ** Room U5 ***

Please arrive *at least 15 minutes before your hearing starts* due to security checks.

**Plaintiff**
DILIGENCE GLOBAL BUSINESS
INTELLIGENCE SA
represented by Ms GIROUD Sandrine, Barrister

**Defendant**
CORNERSTONE GLOBAL ASSOCIATES LTD
Mr NUSEIBEH Ghanem Mohammed

**Subject-matter of the dispute :**   Action for determination of rights; Code of Obligations miscellaneous

A copy of the application is sent to the defendant.

The parties are invited to file all the documents necessary for the assessment of the dispute, in duplicate, together with a docket, seven days before the date of the hearing at the Tribunal's registry.

The parties may, on request, consult the said documents at the Tribunal's registry.

The parties must appear in person, except in cases provided for by law (art. 204 CPC).

The representative must justify his/her powers by a power of attorney authorizing him/her to settle.

CERTIFIED TRUE & CORRECT
TRANSLATION. GENEVA..........
12/04/2021

Arnaud VALVASON [sign.]

HL TRAD
Boulevard Georges-Favon 43
1204 Genève
www.hltrad.com
T. +41 22 342 38 86
IDE CHE-137.490.515

For legal provisions, see overleaf

TPI_C_001
Registered letter C6

Court of First Instance - Tel : +41 22 327 66 50



# CERTIFICAT DE TRADUCTION

Je soussigné Nadia Stephanov, traductrice-jurée pour l'anglais, titulaire d'une licence ès Lettre de l'Université de Genève, certifie avoir traduit le document suivant :

- « 2021.02.10 Citation à comparaître.pdf »

du français vers l'anglais pour le compte de la société HL TRAD située Bd Georges Favon 43 à Genève, agence de traduction spécialisée dans la traduction juridique et financière.

Je certifie que cette traduction est, à ma connaissance, conforme à l'original rédigé en langue française.

Attestation pour servir et faire valoir ce que de droit

Fait le …9 avril 2021……………… à …………… Genève…………………………………

Signature



**London** I 20 Little Britain – London EC1A 7DH I **+44 (0)207 629 72 58**
**Paris** I 38, rue de Berri, 75008 Paris, France I **+33 (0)1 30 09 41 90**
**Brussels** I Avenue Louise, 65 – 1050 Brussels I **+32 (0)2 536 86 14**
**Geneva** I Bd Georges Favon 43, 1204 Genf I **+41 (0)22 342 38 87**
**Amsterdam** I Strawinskylaan 3051 – 1077 ZX Amsterdam I **+31 (0)20 301 2207**
**Milan** I Via G. Mengoni, 4 – 20121 Mailand I **+ 39 (0)2 303 15 323**
**Frankfurt** I Herriotstraße 1 – 60528 Frankfurt/Main I **+49 (0)69 6773 3220**
www.acolad.com

 République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

 **REÇU le 10 FEV. 2021**

C/22150/2020 14 GEA C

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

1211 GENEVE 3
R  98.41.900053.51829290
LAPOSTE

DILIGENCE GLOBAL BUSINESS
INTELLIGENCE SA
c/o Me GIROUD Sandrine
Lalive SA
Rue de la Mairie 35
Case postale 6569
1211 Genève 6

Réf : **C/22150/2020** 14 GEA C
à rappeler lors de toute communication

## CITATION A COMPARAITRE

Dans la cause visée sous référence, le Tribunal vous cite à comparaître à l'audience de conciliation qui se tiendra le :

Date : **JEUDI 3 JUIN 2021 à 14:25 heures**

Lieu : **Rue des Glacis-de-Rive 6
1207 Genève, ** salle U5 ****

Veuillez vous présenter au moins 15 minutes avant le début de votre audience en raison des contrôles de sécurité.

**Partie demanderesse**
DILIGENCE GLOBAL BUSINESS INTELLIGENCE SA
comparant par Maître GIROUD Sandrine

**Parties défenderesses**
CORNERSTONE GLOBAL ASSOCIATES LTD
Monsieur NUSEIBEH Ghanem Mohammed

**Objet du litige :** Action en constatation de droit; Code des obligations divers

Une copie de la requête est adressée à la partie défenderesse.

Les parties sont invitées à déposer toutes les pièces nécessaires à l'appréciation du litige, en 2 exemplaires, accompagnées d'un bordereau, sept jours avant la date de l'audience au greffe du Tribunal.

Les parties pourront, sur requête, consulter lesdites pièces au greffe du Tribunal.

Les parties doivent comparaître personnellement, sauf exceptions prévues par la loi (art. 204 CPC).

Le représentant doit justifier de ses pouvoirs par une procuration l'autorisant à transiger.

Arnaud VALVASON

Pour les dispositions légales, voir au verso

TPI_C_001
Recommandé C6

Tribunal de première instance - Tél : +41 22 327 66 50

VVS