# Exhibit 6

https://www.linkedin.com/in/michael-holtzman-3a1a61132/



## Experience


**President**
Bellwether Strategies, Inc.
Sep 2006 – Present · 14 yrs 7 mos
New York, New York


**President**
BLJ/Bellwether
Jul 2004 – Sep 2006 · 2 yrs 3 mos
New York, New York


**President**
BLJ Worldwide
Jul 2002 – Sep 2006 · 4 yrs 3 mos
Greater New York City Area

## Education


**William & Mary**
Government

## Recommendations

Received (0)    **Given (1)**


**Khaled Ramadan**
Director of Marketing & Communications at National Petroleum Construction Company
June 18, 2018, Michael managed Khaled directly

Khaled is all you could want in a senior public relations professional. He is a strategic thinker with an entrepreneurial spirit. He is a motivator of his team and a creative inspiration to his clients. His expertise and experience straddles the Middle East/Gulf region with Europe and the US, making him … See more

## Interests


**William & Mary**
75,485 followers


**BLJ Worldwide**
3,776 followers