# Exhibit 7

https://www.whitepages.com/name/Michael-S-Holtzman/Larchmont-NY/PL8JrJQBR8x





