**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re *Ex Parte* Application of Diligence Global Business Intelligence SA, pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,<br><br>                    Petitioner. | Misc. Case No. M-_____ |

## ORDER APPROVING APPLICATION OF DILIGENCE GLOBAL BUSINESS INTELLIGENCE SA PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for use in Foreign Proceedings, (the "Application"), filed by Petitioner Diligence Global Business Intelligence SA. This Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Nicholas Day, and the proposed subpoena, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's Application.

It is therefore ORDERED that Petitioner is granted leave to serve the subpoena attached as Exhibit "A" to the Application on Michael Holtzman.

IT IS SO ORDERED.

Dated: _____, 2021

                                             _____
                                             United States District Judge